UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

RANBEER SINGH, Petitioner,

v.   Civil Action No. 4:25-cv-153-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al., Respondents.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's order of February 18, 2026, dismissing the appeal of this matter (Docket No. 24), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

February 19, 2026

David J. Hale, Chief Judge
United States District Court

1